IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PETER KIEWIT SONS', INC., | ) | Case No. 8:10-CV-00365 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WALL STREET EQUITY GROUP, INC., | ) | |
| WALL STREET GROUP OF | ) | |
| COMPANIES, INC., SHEPHERD | ) | |
| FRIEDMAN AND STEVEN S. WEST, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on the Motion for Temporary Restraining Order and Preliminary Injunction (Filing No. 7) filed by Plaintiff Peter Kiewit Sons', Inc. At the hearing held on October 4, 2010, at 4:00 p.m., Plaintiff appeared through counsel, Michael F. Coyle and Rebecca A. Zawisky. Defendants appeared telephonically through counsel, Margaret Hesford.

The Court, being fully advised in the premises, orders as follows:

1. A preliminary injunction is issued effective immediately and continuing until further order of the Court, enjoining Wall Street Equity Group, Inc., Wall Street Group of Companies, Inc., Shepherd Friedman, Steven S. West, their agents, servants, employees and all those in active concert and participation with Defendants from:

    a. Using the Kiewit Mark or any substantially similar mark in connection with representations to Defendants' clients and potential clients and otherwise infringing, diluting and disparaging the Kiewit Mark.

    b. Making any representations which suggest that Defendants have some association, approval or authorization from Kiewit and/or that Kiewit is an interested buyer in the businesses represented by or associated with Defendants.

    c. Engaging in unfair competition and/or deceptive trade practices.

2. Bond is set in the amount of $100.00.

2

DATED this 4th day of October, 2010.

          S/ Laurie Smith Camp
          U.S. DISTRICT COURT JUDGE

Prepared and Submitted By:
Michael F. Coyle, 18299
Rebecca A. Zawisky, #23505
500 Energy Plaza
409 South 17th Street
Omaha, NE  68102-2663
(402) 341-6000
Attorneys for Plaintiffs
559656.01


Approved by Defense Counsel,
Margaret Hesford, telephonically
At hearing on October 4, 2010.