IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PETER KIEWIT SONS', INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV365 |
| | ) | |
| v. | ) | |
| | ) | AMENDED |
| WALL STREET EQUITY GROUP, INC., et. al., | ) | PROGRESSION ORDER |
| | ) | |
| | ) | |
| Defendants. | ) | |

The Plaintiff has filed a Motion to Extend Progression Order Deadlines (filing no. 51). After an extensive discussion with counsel for the parties, the motion to extend, (filing no. 51), and the progression order (filing no. 38) is be amended as follows:

a. The jury trial is at the court's call the week of March 13, 2012 before Judge Laurie Smith Camp. Trial will commence at 8:30 a.m. No more than three days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

b. The Pretrial Conference will be held before the undersigned magistrate judge on January 20, 2012 at 10:00 a.m. It will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on January 19, 2012. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx

c. The deadline for non-expert written and deposition discovery is September 15, 2011.

d. The deadline for disclosure of experts and, unless otherwise agreed, the deadline for the provision of expert reports is October 3, 2011.

e. The deadline for dispositive motions and motions to compel is October 17, 2011.

f. Motions in limine shall be filed at least five days prior to the commencement of trial.

Dated this 15th day of June, 2011.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge