IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PETER KIEWIT SONS', INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV365 |
| | ) | |
| v. | ) | |
| | ) | |
| WALL STREET EQUITY GROUP, INC., | ) | MEMORANDUM AND ORDER |
| WALL STREET GROUP OF | ) | |
| COMPANIES, INC., SHEPHERD | ) | |
| FRIEDMAN, and STEVEN S. WEST, | ) | |
| | ) | |
| Defendants. | ) | |

Upon review of the plaintiff's supplement regarding motion for sanctions, (filing no. 182),

IT IS ORDERED:

1) The plaintiff's motion for a supplemental hearing, (filing no. 183), is granted.

2) An additional hearing on the plaintiff's motion for sanctions, (filing no. 135), will be held before the undersigned magistrate judge on January 11, 2012 at 9:00 a.m. in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3) A representative of the defendant(s) and defense counsel shall appear in person (that is, shall be physically present before the undersigned judge in the courtroom in Omaha) at this hearing.

DATED this 27th day of December, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge