IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PETER KIEWIT SONS', INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV365 |
| | ) | |
| v. | ) | |
| | ) | |
| WALL STREET EQUITY GROUP, INC., | ) | MEMORANDUM AND ORDER |
| WALL STREET GROUP OF | ) | |
| COMPANIES, INC., SHEPHERD | ) | |
| FRIEDMAN, and STEVEN S. WEST, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1) The defendants' motion to continue, (filing no. 188), is granted in part and denied in part.

2) A hearing on plaintiff's motion for sanctions, (filing no. 135), defendants' motion for protective order, (filing no. 158), and defendants' motion for leave to file an amended answer to add affirmative defenses, (filing no. 179), will be held before the undersigned magistrate judge on January 30, 2012, beginning at 9:00 a.m. in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3) A representative of the defendant(s) and defense counsel shall appear in person at this hearing.

4) The court has set aside three hours for this hearing.

DATED this 4th day of January, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge