IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PETER KIEWIT SONS', INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV365 |
| | ) | |
| v. | ) | |
| | ) | |
| WALL STREET EQUITY GROUP, INC., WALL STREET GROUP OF COMPANIES, INC., SHEPHERD FRIEDMAN, and STEVEN S. WEST, | ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

The defendants have filed a second motion for clarification. (Filing No. 197).

There are at least three defendants in this case: the Wall Street Equity Group, Inc., and Wall Street Group of Companies, Inc., (collectively referred to hereafter as the "Wall Street Group"); Shepherd Friedman; and Steven S. West. The motion for protective order and motion to amend are filed on behalf of all defendants, (see filing nos. 158 and 179), and the motion for sanctions is filed against all defendants. (See filing no. 135). Therefore, all defendants are required to appear at the hearing scheduled for January 30, 2012.

Accordingly,

IT IS ORDERED:

1) Steven S. West, defendant, shall personally attend the hearing currently set for January 30, 2012 at 9:00 a.m.

2) Shepherd Friedman, defendant, shall personally attend the hearing currently set for January 30, 2012 at 9:00 a.m.

3) If the Wall Street Group defendant(s) wish to be represented at the hearing by someone other than defendants West and/or Friedman, that additional representative shall also personally attend the hearing currently set for January 30, 2012 at 9:00 a.m.

4)  Personally attend means the person shall be physically present on January 30, 2012 at 9:00 a.m. in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska before Magistrate Judge Cheryl R. Zwart.

DATED this 17th day of January, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge