IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PETER KIEWIT SONS', INC., ) | |
| ) | |
| Plaintiff, ) | 8:10CV365 |
| ) | |
| v. ) | |
| ) | |
| WALL STREET EQUITY GROUP, INC., ) | MEMORANDUM AND ORDER |
| WALL STREET GROUP OF ) | |
| COMPANIES, INC., SHEPHERD ) | |
| FRIEDMAN, and STEVEN S. WEST, ) | |
| ) | |
| Defendants. ) | |

The defendant's motion to reconsider, (filing no. 269), and supporting brief, (filing no. 270), raise no new issues for the court's consideration. In large part, the defense arguments focus of the court's findings of fact; specifically, the credibility of the witnesses and the defendants' level of culpability in manipulating or stalling the discovery processes, and destroying potential sources of discovery. The evidentiary record on the Motion for Issuance of Subpoena (Filing No. 87), Motion to Compel (Filing No. 104), Motion for Sanctions (Filing No. 135), and Motion for Protective Order (Filing No. 158) is closed. The court will not revisit its findings of fact and conclusions of law on matters already addressed and decided.

Accordingly,

IT IS ORDERED:

1) Defendants' motion for reconsideration, (filing no. 269), is denied.

2) Defendants' deadline for responding to plaintiff's motion for attorney fees, (filing no. 265), remains June 18, 2012.

DATED this 16th day of June, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge