IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PETER KIEWIT SONS', INC.,<br><br>            Plaintiff,<br><br>vs.<br><br>WALL STREET EQUITY GROUP, INC., WALL STREET GROUP OF COMPANIES, INC., SHEPARD FRIEDMAN and STEVEN S. WEST,<br><br>            Defendants. | 8:10-CV-365<br><br>AMENDED MEMORANDUM AND ORDER |

   This matter is before the Court on the Report & Recommendation of the United States Bankruptcy Judge (filing 332). No objections to that report and recommendation have been filed. The failure to file an objection eliminates not only the need for de novo review, but *any* review by the Court. See *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609 (8th Cir. 2009). Accordingly, the Court will adopt the report and recommendation of the United States Bankruptcy Judge that the referral of this matter to the Bankruptcy Court be withdrawn to proceed with the litigation against the remaining defendants while staying the case as to Wall Street Equity Group, Inc., the party in bankruptcy, until the automatic stay is no longer in effect or relief from the automatic stay is requested and obtained from the Bankruptcy Court for the Southern District of Florida.

   IT IS ORDERED:

   1.   The report and recommendation of the United States Bankruptcy Judge (filing 332) recommending withdrawal of the reference is adopted.

   2.   Reference of this case to the United States Bankruptcy Court for the District of Nebraska is withdrawn.

   3.   This case is stayed as to Wall Street Equity Group, Inc., the party in bankruptcy, until the stay is no longer in effect pursuant to 11 U.S.C. § 362, or relief from the automatic

        stay is requested and obtained from the United States Bankruptcy Court for the Southern District of Florida.

4.     The parties are directed to inform the Court every 60 days of the status of the case.

5.     The Clerk of the Court is directed to enter an initial status report deadline of February 12, 2013.

Dated this 12th day of December, 2012.

                              BY THE COURT:

                              _____
                              John M. Gerrard
                              United States District Judge