IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PETER KIEWIT SONS', INC., | |
| Plaintiff, | 8:10-CV-365 |
| vs. | |
| WALL STREET EQUITY GROUP, INC., WALL STREET GROUP OF COMPANIES, INC., SHEPHERD FRIEDMAN and STEVEN S. WEST, | MEMORANDUM AND ORDER |
| Defendants. | |

This matter is before the Court on the Report & Recommendation of the United States Bankruptcy Judge (filing 347) that the referral of this matter to the Bankruptcy Court be withdrawn as to debtor Wall Street Equity Group, Inc. The basis for the bankruptcy court's recommendation is that the automatic bankruptcy stay is no longer in effect as to any party because the Bankruptcy Court for the Southern District of Florida has dismissed the debtor's bankruptcy proceeding at the request of the debtor. Accordingly, the Court will adopt the report and recommendation of the bankruptcy judge.

IT IS ORDERED:

1. The report and recommendation of the United States Bankruptcy Judge (filing 347) recommending withdrawal of the reference is adopted.

2. Reference of this case to the United States Bankruptcy Court for the District of Nebraska is withdrawn in its entirety.

3. The status reports ordered by this Court in its Memorandum and Order of December 12, 2012 (filing 335) will no longer be required.

4. The Clerk of the Court is directed to terminate the Status Report deadline ordered by this Court in its Memorandum and Order of December 12, 2012. (filing 335).

Dated this 7th day of January, 2013.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
United States District Judge