IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PETER KIEWIT SONS', INC., <br><br>      Plaintiff, <br><br> vs. <br><br> WALL STREET EQUITY GROUP, INC., WALL STREET GROUP OF COMPANIES, INC., SHEPHERD FRIEDMAN, STEVEN S. WEST, <br><br>      Defendants. | 8:10CV365 <br><br> **MEMORANDUM AND ORDER** |

IT IS ORDERED:

1.    The motion to withdraw filed by Attorney Scott R. Austin as counsel on behalf of Defendants Shepherd Friedman, Wall Street Equity Group, Inc., Wall Street Group of Companies, Inc., and Steven S. West, (filing no. 366), is granted.

2.    The clerk shall mail a copy of this notice to Defendant West at his address of record and to the remaining defendants at the addresses previously provided by Ms. Hesford (Filing No. 365).

3.    The clerk shall terminate Mr. Austin from receiving any further CM/ECF notices in this case.

February 21, 2013.                                  BY THE COURT:

                                                                *s/ Cheryl R. Zwart*
                                                                United States Magistrate Judge