IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PETER KIEWIT SONS', INC.,<br><br>                    Plaintiff,<br><br>         vs.<br><br>WALL STREET EQUITY GROUP, INC., WALL STREET GROUP OF COMPANIES, INC., SHEPHERD FRIEDMAN, STEVEN S. WEST,<br><br>                    Defendants. | 8:10CV365<br><br>MEMORANDUM AND ORDER |

Defendant Steven S. West has filed a motion for reconsideration and for additional time to obtain counsel. West claims he needs an additional 30 days to locate a new attorney. He further asks that matters previously litigated be re-litigated because of the alleged improper and unethical actions of his prior counsel of record. See Filing No. 373.

West remains able to retain counsel and have an attorney enter an appearance on his behalf—a development which could occur before or after thirty days from now. The court need not enter an order setting a thirty-day timeline. And to the extent West is asking the court to stay this case while West looks for a new attorney, his request is denied.

Finally, West's request to reopen and re-litigate prior proceedings due to Ms. Hesford's alleged misconduct is denied. A client is "generally bound by the actions (or inaction) of his attorney when his attorney acts in her representational capacity." Rodgers v. Curators of University of Missouri, 135 F.3d 1216, 1220 (8th Cir. 1998).

March 15, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

2

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.