IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PETER KIEWIT SONS', INC.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WALL STREET EQUITY GROUP, INC., WALL STREET GROUP OF COMPANIES, INC., SHEPHERD FRIEDMAN, STEVEN S. WEST,<br><br>　　　　　Defendants. | 8:10CV365<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1) The non-jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in the Special Proceedings, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on **October 11, 2013**, or as soon thereafter as the case may be called, for a duration of one (1) trial day.

2) The parties shall file their joint or separate trial witness and exhibit lists on or before October 4, 2013.

August 28, 2013.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge