IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PETER KIEWIT SONS', INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>WALL STREET EQUITY GROUP, INC., WALL STREET GROUP OF COMPANIES, INC., SHEPHERD FRIEDMAN, STEVEN S. WEST,<br><br>        Defendants. | 8:10CV365<br><br>**ORDER** |

Defendant Steven S. West has filed a motion to continue the trial in this case, currently set for October 11, 2013, (Filing No. 391). In his pleading West indicated that he is now being represented by attorney Frank Owen and will no longer be proceeding pro se.

Accordingly,

IT IS ORDERED that Mr. Owen shall make a formal appearance in this case no later than September 13, 2013.

Dated this 6th day of September, 2013.

                                                                    BY THE COURT:

                                                                    *s/ Cheryl R. Zwart*
                                                                    United States Magistrate Judge