IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PETER KIEWIT SONS', INC.,<br><br>Plaintiff,<br><br>vs.<br><br>WALL STREET EQUITY GROUP, INC.,<br>WALL STREET GROUP OF<br>COMPANIES, INC., SHEPHERD<br>FRIEDMAN, STEVEN S. WEST,<br><br>Defendants. | **8:10CV365**<br><br>**MEMORANDUM AND ORDER** |

Jesse Stellato, P.A. has moved for an order removing him from the court's electronic notifications list for filings in this case. (Filing No. 395). Mr. Stellato's only contacts with the above-captioned litigation involved filing suggestions of bankruptcy for non-party Wall Street Private Equity Group and defendant Wall Street Equity Group, Inc., thereby notifying this court of the Florida bankruptcy proceedings. (Filing Nos. 327 and 330). Mr. Stellato did not represent any parties in this Nebraska litigation.

Accordingly,

IT IS ORDERED:

1) The motion of attorney Jesse Stellato, P.A., (filing no. 395), is granted.

2) The clerk shall delete Jesse Stellato from any future ECF notifications herein.

September 23, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge