IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PETER KIEWIT SONS', INC., <br><br> Plaintiff, <br><br> vs. <br><br> WALL STREET EQUITY GROUP, INC., WALL STREET GROUP OF COMPANIES, INC., SHEPHERD FRIEDMAN, STEVEN S. WEST, <br><br> Defendants. | 8:10CV365 <br><br> **ORDER** |

The motion to reconsider filed by defendant Steven S. West, (Filing No. 400), presents no new evidence, argument, or other reason justifying relief from the court's prior order. (Filing No. 399). See Fed. R. Civ. P 60(b).

Accordingly,

IT IS ORDERED:

1) Defendant Steven S. West's motion to reconsider, (Filing No. 400), is denied.

2) The non-jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on **October 11, 2013**, or as soon thereafter as the case may be called, for a duration of one (1) trial day.

October 2, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge