## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

PETER KIEWIT SONS', INC.,

               Plaintiff,

vs.

WALL STREET EQUITY GROUP,
INC., ET AL.,

               Defendants.

8:10-CV-365

ORDER

IT IS ORDERED:

1.    The plaintiff's Motion to Release Bond (filing 441) is granted.

2.    The Clerk of the Court is directed to release the cash payment of $100 to the plaintiff's counsel.

Dated this 25th day of January, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge